```
MELANIE KAY LADNER            HENLEY, LOTTERHOS & HE        MIDLAND CREDIT MGMT
729 PARKWAY DRIVE             1910 LAKELAND DR.             ATTN: BANKRUPTCY
WIGGINS, MS 39577             #D                            PO BOX 939069
                              JACKSON, MS 39216             SAN DIEGO, CA 92193


THOMAS C. ROLLINS, JR.        JACOB LAW GROUP               MS DEPT OF REVENUE
THE ROLLINS LAW FIRM, PLLC    2623 WEST OXFORD LOOP         BANKRUPTCY SECTION
P.O. BOX 13767                OXFORD, MS 38655              PO BOX 22808
JACKSON, MS 39236                                           JACKSON, MS 39225-2808


ABSOLUTE RESOLUTIONS          JEFFERSON CAPITAL SYST        NATHAN & NATHAN PC
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              P.O. BOX 1715
8000 NORMAN CENTER DR         200 14TH AVE E                BIRMINGHAM, AL 35201
 #350                         SARTEKK, MN 56377
BLOOMINGTON, MN 55437


ABSOLUTE RESOLUTIONS          KEESLER FCU                   PORTFOLIO RECOVERY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY
8000 NORMAN CENTER DR         2602 PASS RD                  120 CORPORATE BLVD
#350                          BILOXI, MS 39531              NORFOLK, VA 23502
BLOOMINGTON, MN 55437


CAVALRY PORTFOLIO SERV        KEESLER FCU                   RESURGENT CAPITAL SERV
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              P. O. BOX 10497
1 AMERICAN LANE               PO BOX 7001                   GREENVILLE, SC 29603
STE 220                       BILOXI, MS 39534
GREENWICH, CT 06831


COUNTRY DOOR                  KEITH AIKEN                   SINGING RIVER HOSPITAL
1112 7TH AVE                  P.O. BOX 772719               P. O. BOX 660940
MONROE, WI 53566-1364         MEMPHIS, TN 38177             DALLAS, TX 75266


CREDIT COLLECTION SERV        KOHL'S                        SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: CREDIT ADMIN            ATTN: BANKRUPTCY
725 CANTON ST                 PO BOX 3043                   PO BOX 965060
NORWOOD, MA 02062             MILWAUKEE, WI 53201           ORLANDO, FL 32896


DISCOVER FINANCIAL            LVNV FUNDING                  THE SWISS COLONY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              ATTN:BANKRUPTCY
PO BOX 3025                   PO BOX 10497                  1112 SEVENTH AVE
NEW ALBANY, OH 43054          GREENVILLE, SC 29603          MONROE, WI 53566


GULFPORT MEMORIAL HOSP        MERRICK BANK CORP             UNITED COLLECTION BURE
P.O. BOX 15579                PO BOX 9201                   PO BOX 140190
HATTIESBURG, MS 39404         OLD BETHPAGE, NY 11804        TOLEDO, OH 43614
```

```
WELLS FARGO
P. O. BOX 71118
CHARLOTTE, NC 28272
```