United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51086-KMS
Melanie Kay Ladner  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Oct 14, 2025      Form ID: n031      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melanie Kay Ladner, 729 Parkway Drive, Wiggins, MS 39577-8711 |
| 5539356 | + | Gulfport Memorial Hosp, P.O. Box 15579, Hattiesburg, MS 39404-5579 |
| 5539357 | + | Henley, Lotterhos & He, 1910 Lakeland Dr., #D, Jackson, MS 39216-5029 |
| 5539371 | + | Singing River Hospital, P. O. Box 660940, Dallas, TX 75266-0940 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5539350 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 14 2025 20:27:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr, #350, Bloomington, MN 55437 |
| 5546034 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 14 2025 20:27:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5542186 | + | Email/Text: mrdiscen@discover.com | Oct 14 2025 20:27:00 | Capital One, N.A., successor by merger to Discover, Bank, Discover, A Division of Capital, One, N.A., PO Box 3025, New Albany Oh 43054-3025 |
| 5539352 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2025 20:27:00 | Cavalry Portfolio Serv, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5539353 | | Email/Text: bankruptcy@sccompanies.com | Oct 14 2025 20:28:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5557740 | + | Email/Text: bankruptcy@sccompanies.com | Oct 14 2025 20:28:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5539354 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 14 2025 20:28:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5539355 | + | Email/Text: mrdiscen@discover.com | Oct 14 2025 20:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5572681 | | Email/Text: bankruptcy@huntingtonmgt.com | Oct 14 2025 20:27:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5562107 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 14 2025 20:27:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5561990 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 14 2025 20:27:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5539358 | ^ | MEBN | Oct 14 2025 20:24:45 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5539359 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: n031 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2025 20:27:00 | Jefferson Capital Syst, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5539361 | + | Email/Text: melissa.martin@kfcu.org | Oct 14 2025 20:27:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5539360 | | Email/Text: melissa.martin@kfcu.org | Oct 14 2025 20:27:00 | Keesler Federal Credit Union, Attn: Bankruptcy, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5539362 | ^ | MEBN | Oct 14 2025 20:24:49 | Keith Aiken, P.O. Box 772719, Memphis, TN 38177-2719 |
| 5539363 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2025 20:33:04 | Kohl's, Attn: Credit Admin, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5541826 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 20:33:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5539364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 20:33:12 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5539367 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 14 2025 20:27:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5539365 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 14 2025 20:33:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5567070 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2025 20:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5539366 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2025 20:27:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5543629 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 14 2025 20:27:00 | Mississippi Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| 5539368 | | Email/Text: bankruptcy@nathan-nathan.com | Oct 14 2025 20:27:00 | Nathan & Nathan PC, P.O. Box 1715, Birmingham, AL 35201 |
| 5539369 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2025 20:33:08 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5564690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2025 20:33:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5539370 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 20:33:04 | Resurgent Capital Serv, P. O. Box 10497, Greenville, SC 29603-0497 |
| 5539372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2025 20:33:04 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5539373 | + | Email/Text: bankruptcy@sccompanies.com | Oct 14 2025 20:28:00 | The Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5539374 | + | Email/Text: BAN-U140190@ucbinc.com | Oct 14 2025 20:27:00 | United Collection Bure, PO Box 140190, Toledo, OH 43614-0190 |
| 5539375 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 15 2025 05:29:02 | Wells Fargo, P. O. Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5539351 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr, #350, Bloomington, MN 55437 |
| 5565772 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 14, 2025 | Form ID: n031 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Melanie Kay Ladner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51086−KMS
**Chapter:** 13

**In re:**

Melanie Kay Ladner
729 Parkway Drive
Wiggins, MS 39577

Notice of Entry of Order Confirming Plan

The Court entered an Order on October 14, 2025 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: October 14, 2025                                Danny L. Miller, Clerk of Court